# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| Annetta Lasaune Thornton, | ) | |
| Plaintiff, | ) | No.: 3:19-cv-00060-JEL-DCP |
| v. | ) | Hon. Judith E. Levy |
| Sheriff Justin Edwards, *et al.*, | ) | |
| Defendants. | ) | |

## JUDGMENT

For the reasons stated in the opinion and order entered on today's date, it is ordered and adjudged that the case is dismissed with prejudice.

Date: November 13, 2020

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE
SITTING BY SPECIAL DESIGNATION